UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARLOS TIRADO-NEGRON, | : |
| | :CIVIL ACTION NO. 3:18-CV-0003 |
| Plaintiff, | : |
| | :(JUDGE JONES) |
| v. | : |
| | : |
| NANCY A. BERRYHILL, | : |
| Acting Commissioner of | : |
| Social Security, | : |
| | : |
| Defendant. | : |
| | : |

_____

# **ORDER**

**AND NOW, THIS 19th DAY OF DECEMBER 2018, FOR THE REASONS DISCUSSED IN THE SIMULTANEOUSLY FILED MEMORANDUM, IT IS HEREBY ORDERED THAT:**

1. Plaintiff's appeal of the Commissioner's denial of benefits (Doc. 1) is **DENIED**;

2. The Clerk of Court is directed to close this case.

                                  s/ John E. Jones III
                                  JOHN E. JONES
                                  United States District Judge